■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AYINDE FAIR, Appellant. [787 NYS2d 898]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 29, 2003 (*People v Fair,* 308 AD2d 597 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered June 14, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Crane and Rivera, JJ., concur.